UNITED STATES of America, Plaintiff–Appellee,

v.

Heriberto RENDON–SAUCEDA, also known as Alfredo Mata–Pena, Defendant–Appellant.

No. 04–10923.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

Denise B. Williams, Lubbock, TX, for Plaintiff–Appellee.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

586

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Heriberto Rendon–Sauceda raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

